UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

RAMON VASQUEZ,

                Plaintiff

        -against-                                 21 Civ. 5094 (ALC) (OTW)

A & F SERVICE STATION, INC., et al.,        **<u>ORDER TO STRIKE</u>**

                Defendants.

---

**ONA T. WANG**, **United States Magistrate Judge:**

Defendant's counsel Max Leifer filed confidential settlement documents (Dkt. 25) and the Court respectfully directs the Clerk of Court to **strike document number 25 from the docket but retain the summary docket text for the record.**

**SO ORDERED.**

Dated: February 9, 2022                             <u>_s/ Ona T. Wang_</u>
       New York, New York                     **Ona T. Wang**
                                                               United States Magistrate Judge