UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| RAMON VASQUEZ, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | 21-CV-5094 (ALC) (OTW) |
| | : | |
| A & F SERVICE STATION, INC., et al., | : | |
| | : | **ORDER** |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Following today's in-person settlement conference, the parties are directed to file an updated proposed case management plan **by February 18, 2022.** *See* Individual Rules, Proposed Case Management Plan Form, available at:

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/otwReportOfRule26%28f%29MeetingAndProposedCaseManagementPlan.pdf.

**SO ORDERED.**

Dated: February 9, 2022
        New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge