UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON VASQUEZ,

                Plaintiff

          -against-                            21 Civ. 5094 (ALC) (OTW)

A & F SERVICE STATION, INC., et al.,            **ORDER**

                Defendants.

---

**ONA T. WANG**, **United States Magistrate Judge:**

The Court ordered the parties to file a joint status letter on June 3, 2022. (ECF 33). The

parties have failed to do so. The parties are directed to file a joint status letter on August 26,

2022.

**SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: August 11, 2022                     **Ona T. Wang**
      New York, New York             United States Magistrate Judge