```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON VASQUEZ,

                Plaintiff,

- against -

A&F SERVICE STATION, INC. and
LUIS A. REYES,

                Defendants.

Case No.: 1:21-cv-05094-ALC

[proposed]

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants A&F SERVICE STATION, INC., and LUIS A. REYES (collectively "Defendants"), having offered to allow Plaintiff RAMON VASQUEZ ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 17, 2022, and filed as Exhibit "A" to Docket Number 40;

**WHEREAS**, on August 30, 2022, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 40);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of fifteen thousand dollars ($15,000.00), and the clerk is directed to close the case.

Dated: New York, New York
      10.6.22

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE